```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 09088
   GARY DANIEL JOHNS
   HELEN LOUANN STORY                          CHAPTER 13

                                               JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9115     SSN XXX-XX-9872


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 04/14/08 .

     2.  The case was dismissed without confirmation, 11/07/2008.

     3.  The Debtor paid a total of $   1610.00 .

     4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME                CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
USDA RURAL DEVELOPMENT    CURRENT MORTG          .00            .00            .00
USDA RURAL DEVELOPMENT    MORTGAGE ARRE    NOT FILED            .00            .00
ALLIANCE ONE              UNSECURED        NOT FILED            .00            .00
ASSET ACCEPTANCE          UNSECURED        NOT FILED            .00            .00
AT&T BUNDLED W/OUT LOCAL  UNSECURED        NOT FILED            .00            .00
CENTRAL CREDIT CONTROL    UNSECURED        NOT FILED            .00            .00
CITIBANK                  UNSECURED        NOT FILED            .00            .00
CREDIT RECOVERY INC       UNSECURED        NOT FILED            .00            .00
FINGERHUT CREDIT ADVANTA  UNSECURED        NOT FILED            .00            .00
COLLECTIONS UNLIMITED     UNSECURED        NOT FILED            .00            .00
INOVISION                 UNSECURED        NOT FILED            .00            .00
INSIGHT COMMUNICATIONS    UNSECURED        NOT FILED            .00            .00
LVNV FUNDING              UNSECURED        NOT FILED            .00            .00
MCI COMMUNICATIONS        UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED            .00            .00
STATE COLLECTION SRV      UNSECURED        NOT FILED            .00            .00
SUN LOAN OTTAWA IL        UNSECURED        NOT FILED            .00            .00
        Summary of disbursements:

                          SECURED     PRIORITY     UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00         .00           .00           .00           .00
PRINCIPAL PAID              .00         .00           .00           .00           .00
INTEREST PAID               .00         .00           .00           .00           .00
TOTAL PAID                  .00         .00           .00           .00           .00
The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   3500.00
and was paid $    100.00  direct and $    1524.67  through the plan.

The Trustee received $      85.33 .
```

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 02/10/09
                          /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE